```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JC HOSPITALITY and JAYMA CARDOSO,                                 :
                                                                  :
                        Plaintiffs,                               :
                                                                  :         23-cv-2051 (LJL)
       -v-                                                        :
                                                                  :            ORDER
MARISA HOCHBERG (In Her Individual and                            :
Professional Capacities),                                         :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on March 10, 2023. Dkt. No. 1. On April 20, 2023, Defendant's motion to dismiss was accepted for filing. Dkt. No. 8. Plaintiff timely filed its First Amended Complaint on May 11, 2023. Dkt. No. 16.

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously filed motion to dismiss is DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 8.

SO ORDERED.

Dated: May 12, 2023
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                  United States District Judge