UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JC HOSPITALITY d/b/a THE SURF LODGE and JAYMA CARDOSO,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARISA HOCHBERG (In Her Individual and Professional Capacities),<br><br>　　　　　　　　　Defendant. | Case 1:23-cv-02051-(LJL)<br><br>**ORDER TO SHOW CAUSE FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT <u>MARISA HOCHBERG</u>** |

　　　Upon reading and filing the annexed Declaration of Steven G. Storch, executed May 18, 2023, the Memorandum of Law in Support of Motion to Withdraw, dated May 18, 2023, and upon all pleadings and proceedings heretofore had herein; and

　　　IT APPEARING that the firm of Storch Byrne LLP seeks to withdraw as counsel in this action for Defendant Marisa Hochberg,

　　　NOW LET Defendant MARISA HOCHBERG SHOW CAUSE before a motion term of this Court, at Room 15C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on _____ ___, 2023, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard,

　　　WHY an ORDER should not be made and entered:

a. Pursuant to Local Civil Rule 1.4, permitting Storch Byrne LLP to withdraw as counsel of record for Defendant Marisa Hochberg in this action;

b. Staying all proceedings and deadlines herein for thirty days to afford Defendant the opportunity to retain replacement counsel;

1

    c.   Granting Storch Byrne LLP such other and further relief as this Court may deem just and proper; and

SUFFICIENT CAUSE APPEARING THEREFOR, it is hereby further

ORDERED that service of this Order to Show Cause, supporting documents, and all future documents concerning this motion to withdraw shall be deemed good and sufficient when served upon Defendant Marisa Hochberg at the following email address: marisjh@gmail.com, and when served upon all other parties via ECF; and it is further

ORDERED that opposition papers, if any, shall be served upon Storch Byrne LLP by overnight courier to Storch Byrne LLP at 437 Madison Ave., 24th Floor, New York, NY 10022, or by email to sstorch@storchbyrnelegal.com, and filed with the Court's Pro Se Intake Unit as stated in the Court's Individual Practices in Civil Cases on or before _____, 2023, and reply papers, if any, shall be filed and served by email and ECF on or before _____, 2023; and it is further

ORDERED that the current May 18, 2023, deadline for submission of a proposed Case Management Plan and Scheduling Order, the May 25, 2023, deadline for Defendant to answer or move with respect to the Amended Complaint, and the Initial Scheduling Conference scheduled for May 25, 2025, are all adjourned pending hearing and determination of this motion.

DATED:     New York, New York

              _____, 2023

                                    _____
                                        United States District Judge