```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
JC HOSPITALITY d/b/a/ THE SURF             :
LODGE and JAYMA CARDOSO,                   :
                                           :
              Plaintiffs,                  :          23-cv-2051 (LJL)
                                           :
       -v-                                 :          ORDER
                                           :
MARISA HOCHBERG,                           :
                                           :
              Defendant.                   :
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In an order dated May 31, 2023, the Court gave Plaintiffs until June 9, 2023 to file a motion to amend their complaint and a motion for a preliminary injunction. On June 9, 2023, Plaintiffs submitted a motion to amend/correct their first amended complaint.[1] Plaintiffs did not file a motion for a preliminary injunction and thus there is no motion for a preliminary injunction properly before the Court. Accordingly, the Court's scheduling order is updated as follows:

- Defendant's motion to dismiss for lack of subject matter jurisdiction, if any, is due June 23, 2023.
- Plaintiffs' opposition to Defendant's motion is due on July 7, 2023.
- Defendant's reply is due July 14, 2023.

Oral argument currently scheduled for July 14, 2023 at 11:30 a.m. is CANCELLED. The Court will decide the motions on the papers.

      SO ORDERED.

Dated: June 15, 2023
      New York, New York

                                                 LEWIS J. LIMAN
                                                 United States District Judge

---

[1] On June 9, 2023, ECF was undergoing maintenance and was not accepting filings. Accordingly, the Court accepted Plaintiffs' motion via email and Plaintiffs filed the motion on ECF on June 12, 2023, after maintenance was complete. The Court deems the motion filed as of June 9, 2023.