```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JC HOSPITALITY d/b/a/ THE SURF                                     :
LODGE and JAYMA CARDOSO,                                           :
                                                                   :
                         Plaintiffs,                               :       23-cv-2051 (LJL)
                                                                   :
          -v-                                                      :           ORDER
                                                                   :
MARISA HOCHBERG,                                                   :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs filed a letter motion seeking to file a license agreement ("License Agreement") between Plaintiff JC Hospitality LLC and Montauk Properties, LLC and a first amendment to the License Agreement ("Amendment") among JC Hospitality, Montauk Properties, LLC and TSL Management, Inc., under seal.  *See* Dkt. No. 43.  In violation of the Court's individual practices, Plaintiff filed a redacted copy of the License Agreement.  *See* Dkt. No. 44.  Plaintiffs' motion is DENIED without prejudice to renewal by filing an unredacted version of the License Agreement under seal, along with any proposed redactions that Plaintiffs request should the Court deny Plaintiffs' motion to seal the License Agreement and Amendment in their entirety.  The Court will continue to maintain the License Agreement and Amendment under seal pending further order of the Court if the unredacted license is filed under seal on or before July 11, 2023.  The Clerk of Court is respectfully directed to close Dkt. No. 43.

      SO ORDERED.

Dated: July 10, 2023
      New York, New York

                                                  LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023