

**John J. Zidziunas & Associates, LLC**

<u>Main Office</u>:　　　　　　<u>NY Office</u>:
354 Eisenhower　　　　　90 Broad Street
Parkway, Suite 1250　　　25th Floor
Livingston, NJ 07039　　　New York, NY 10004
(t) 973-509-8500
(f) 973-509-1770

**Of Counsel:**　　　　　　**Member:**
Phillip E. Klein, Esq.*　　　John J. Zidziunas, Esq. *º+
Barry E. Janay, Esq. *º
　　　　　　　　　　　　**Associates:**
*Member of NY Bar*　　　Caroline McCallan, Esq. *º
•*Member of NJ Bar*　　　Nicorie Clarke, Esq. •
+*Member of D.C. Bar*

March 8, 2024

<u>Via ECF</u>

Honorable Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

　　　　RE:　JC Hospitality, et al. v. Hochberg
　　　　　　<u>Docket No.: 1:23-cv-02051-LJL</u>

Dear Judge Liman:

　　　This office represents the Plaintiffs, JC Hospitality, LLC and Jayma Cardoso, in the above referenced matter. During yesterday's pre-settlement conference before Judge Parker, we received notice via ECF that Mr. Dudelson, Defendant Hochberg's new attorney, requested the Court schedule a hearing for his Motion to Withdraw as Counsel to be heard on short notice. Shortly thereafter, the Court scheduled an in-person hearing for this Tuesday, March 12, 2024 at 11:00 AM. Pursuant to my conversation with Your Honor's law clerk yesterday, we wish to advise the Court that our office cannot appear for this hearing on the above-mentioned date because I have a pre-scheduled and non-refundable business trip to California next week.

　　　As the Court is aware, this hearing is now the fourth hearing related to Defendant Hochberg's issues with her representation. For each hearing, our office has appeared without request for an adjournment and have continuously adjusted our schedules to respond to and accommodate Defendant Hochberg's ongoing issues. We are respectfully asking if the Court would reschedule the March 12th hearing date until the following week. Our office can appear at any time on March 18, March 20, and March 21, 2024. We are also available to appear anytime in the morning before 12:00pm on Friday, March 22, 2024.

　　　We thank the Court in advance for its time and courtesies in this matter. Should you have any questions, please do not hesitate to contact me.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　**/s/ John J. Zidziunas**

　　　　　　　　　　　　JOHN ZIDZIUNAS
　　　　　　　　　　　　For the Firm