USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAYMA CARDOSO & JC HOSPITALITY

         Plaintiff,

-against-

MARISA HOCHBERG,

         Defendant.
------------------------------------------------------------------X

**ORDER REQUIRING APPEARANCE AT SETTLEMENT CONFERENCE**

23-CV-2051 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  The individual defendant in this matter is reminded that they are required to attend the settlement conference scheduled for **Thursday, May 9, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel for the plaintiffs is directed to serve a copy of this order on the defendant.

  SO ORDERED.

Dated: May 6, 2024
   New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge