**JOHN J. ZIDZUNAS & ASSOCIATES, LLC**
John J. Zidziunas, Esq. (ATTY ID 5544044)
354 Eisenhower Pkwy, Suite 1250
Livingston, New Jersey 07039
T: 973-509-8500

NY OFFICE:
90 Broad Street, 25th Floor
New York, New York 10004
*Attorneys for Plaintiffs, JC Hospitality, LLC and Jayma Cardoso*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JC HOSPITALITY, LLC and JAYMA CARDOSO,<br><br>Plaintiffs,<br><br>-against-<br><br>MARISA HOCHBERG (In Her Individual and Professional Capacities),<br><br>Defendant. | CASE NO.: 1:23-CV-02051-LJL<br><br>**PROPOSED CLERK'S CERTIFICATE OF DEFAULT** |

**I, RUBY J. KRAJICK,** Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 10, 2023, with the filing of the Summons and Complaint on ECF, a copy of the Summons and Complaint was served on Defendant Marisa Hochberg by personally serving via process server on March 29, 2023, and proof of service was filed on April 4, 2023, Doc # 3.

I further certify that the First Amended Complaint in this matter was filed on May 11, 2023, a copy of the First Amended Complaint was served on Defendant Marisa Hochberg via ECF electronic notification on May 11, 2023, Doc #16.

I further certify that Plaintiffs' Motion to File Second Amended Complaint in this matter was filed on June 12, 2023, a copy of the Second Amended Complaint was served on Defendant Marisa Hochberg via ECF electronic notification on June 12, 2023, Doc #33.

I further certify that the Answer in this matter was filed on February 29, 2024, a copy of the Answer was served on Plaintiffs JC Hospitality, LLC and Jayma Cardoso via ECF electronic notification on February 29, 2024, Doc #80.

I further certify that Defendant Marisa Hochberg has failed to otherwise defend this action. The default of Defendant Marisa Hochberg is hereby noted.

**Dated: New York, New York**
        May 22, 2024

                                  **RUBY J. KRAJICK**
                                  **Clerk of Court**

                             **By:**_____
                                  **Deputy Clerk**