UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JC HOSPITALITY, LLC and JAYMA CARDOSO,**<br><br>Plaintiffs,<br><br>-against-<br><br>**MARISA HOCHBERG (In Her Individual and Professional Capacities),**<br><br>Defendant. | CASE NO.: 1:23-CV-02051-LJL<br><br>ORDER |

**THIS MATTER** being brought before the Court by John J. Zidziunas & Associates, LLC, attorneys for Plaintiffs, JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso ("Cardoso") (collectively, "Plaintiffs") seeking by way of Request for Order to Show Cause, based upon the facts set forth in the Declaration of Counsel filed herewith; and it appearing that the Defendant has notice of this application and for good cause shown;

**IT IS** on this ____24____ day of _____June_____, 2024,

**ORDERED** that Defendant Hochberg shall refrain from making threats, disparaging remarks, or engaging in disrespectful conduct towards Plaintiffs' counsel, Plaintiffs' counsel's attorneys and staff, and any persons known to be associated with

Plaintiffs' counsel; and it is further

**ORDERED** that Defendant Hochberg shall refrain from making threats towards Plaintiff Jayma Cardoso and any persons known to be associated with Plaintiff Cardoso and The Surf Lodge, including employees, independent contractors, and clients of same; and it is further

**ORDERED** that Plaintiffs shall continue to contact Defendant Hochberg via email without threat from Defendant Hochberg for all related litigation matters so long as Defendant Hochberg continues to represent herself *pro se* in this litigation.

Dated: New York, New York
_____June 24, 2024_____

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge