```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JAYMA CARDOSO et al.,                                                :
                                                                     :
                         Plaintiffs,                                 :
                                                                     :        23-cv-2051 (LJL)
        -v-                                                          :
                                                                     :           ORDER
MARISA HOCHBERG,                                                     :
                                                                     :
                         Defendant.                                  :
                                                                     :
-------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiffs request relief from a discovery conference scheduled for July 12, 2024, at 2:00 pm and ask the Court to schedule a hearing on Plaintiffs' motion for a default judgment. *See* Dkt. No 104. The July 12, 2024 conference was scheduled by minute entry on December 7, 2023. After that date, the Court adjourned the post-discovery status conference to August 14, 2024, at 3:00 pm in Courtroom 15C at the United States Courthouse, 200 Worth Street, New York, New York. *See* Dkt. No. 69. Accordingly, there is no conference scheduled for July 12, 2024.

The Court will conduct the hearing on August 14, 2024 as a post-discovery conference and as a hearing on the motion for a default judgment. The motion for a default judgment was filed on May 28, 2024. Dkt. No. 94. Defendant has failed to timely respond. The Court will give Defendant until July 18, 2024, to respond to any new material in Plaintiffs' letter of today. If Defendant fails to appear at the hearing on August 14, 2024, the Court will consider the motion unopposed.

SO ORDERED.

Dated: July 11, 2024  
       New York, New York

                                                      LEWIS J. LIMAN  
                                                 United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 7/11/2024