

**John J. Zidziunas & Associates, LLC**

| Main Office: | NY Office: |
|---|---|
| 354 Eisenhower Parkway, Suite 1250 | 90 Broad Street 25th Floor |
| Livingston, NJ 07039 | New York, NY 10004 |
| (t) 973-509-8500 | |
| (f) 973-509-1770 | |

**Of Counsel:**
Phillip E. Klein, Esq.*
Barry E. Janay, Esq. *º

**Member:**
John J. Zidziunas, Esq. *º+

**Associates:**
Caroline McCallan, Esq. *º
Nicorie Clarke, Esq. •

*Member of NY Bar*
•*Member of NJ Bar*
+*Member of D.C. Bar*

August 5, 2024

<u>Via ECF</u>
Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   RE: JC Hospitality, et al. v. Hochberg
     <u>Docket No.: 1:23-cv-02051-LJL</u>

Dear Judge Liman:

 This office represents the Plaintiffs, JC Hospitality, LLC and Jayma Cardoso ("Plaintiffs") in the above referenced matter. We write to respectfully request a brief adjournment of the in-person post-discovery conference and hearing on Plaintiffs' pending Motion for Default Judgment currently scheduled for August 14, 2024, at 3:00 PM. Our office is no longer able to appear either in-person or remotely for the hearing on August 14th due to a trial in another matter, which was previously scheduled to conclude on August 13th, however, has now been pushed back to extend through August 20, 2024.

 We apologize for any inconvenience this may cause the Court. Our office is available to reschedule the discovery conference and Motion for Default hearing on August 21st, 22nd, or 23rd.

 We thank Your Honor for your time and attention in this matter. Should you have any questions, please do not hesitate to contact us.

       Respectfully submitted,

       **/s/ John J. Zidziunas**

       JOHN J. ZIDZIUNAS
         For the Firm