```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
JC HOSPITALITY et al., :
:
:
Plaintiffs, :
: 23-cv-2051 (LJL)
-v- :
: ORDER
:
MARISA HOCHBERG, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a hearing on August 21, 2024. Counsel for Plaintiffs appeared. Defendant did not appear.

      Plaintiffs have moved for entry of a default judgment and for injunctive and financial relief, but have submitted only hearsay evidence with respect to injunctive relief and no evidence supporting the claim for damages. The Court is prepared to hear the request for a default judgment and for injunctive relief and if no evidence is submitted with respect to financial relief to defer that request to a subsequent inquest.

      Plaintiffs shall have until September 4, 2024, to make a supplemental submission with evidence supporting the request for injunctive relief and, at Plaintiff's option and should Plaintiff believe that an inquest is not necessary and is not desirable, for monetary relief. Any opposition from Defendant is due by September 11, 2024.

      If Plaintiffs or Defendant would like the Court to hold a further hearing, the Court will hold such a hearing on September 13 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. If neither Plaintiffs nor Defendant request that the hearing go forward, the Court will not hold the hearing and will proceed to decide Plaintiffs' motion for default judgment on the papers.

      Plaintiffs are further directed to mail a copy of this Order to Defendant's last known address by certified mail, return receipt requested and file proof of service on the docket.

      SO ORDERED.

Dated: August 21, 2024
      New York, New York

                                                          LEWIS J. LIMAN
                                                        United States District Judge