```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JAYMA CARDOSO et al.,                                              :
:
                            Plaintiffs,                            :
:                          23-cv-2051 (LJL)
        -v-                                                        :
:                             ORDER
MARISA HOCHBERG,                                                   :
:
                            Defendant.                             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   No party has requested a hearing on the motion for a default judgment and for injunctive and financial relief.  *See* Dkt. No. 108.  Accordingly, the hearing scheduled for September 13, 2024 is cancelled and the Court will decide the motion on the papers submitted.


        SO ORDERED.

Dated: September 12, 2024
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge