

**John J. Zidziunas & Associates, LLC**

<u>Main Office:</u>　　　　<u>NY Office:</u>
354 Eisenhower　　　90 Broad Street
Parkway, Suite 1250　25th Floor
Livingston, NJ 07039　New York, NY 10004
☏ 212-516-1868

Of Counsel:　　　　　Member:
Phillip E. Klein, Esq.*　John J. Zidziunas, Esq. *◦+
Barry E. Janay, Esq. *◦
　　　　　　　　　　Associates:
*Member of NY Bar　　Caroline McCallan, Esq. *◦
•Member of NJ Bar　　Nicorie Clarke, Esq. •
+Member of D.C. Bar

November 4, 2024

<u>Via ECF</u>
Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:　　JC Hospitality, et al. v. Marisa Hochberg
　　　　Docket No.: 1:23-cv-02051-LJL
　　　　<u>Our File No.: 00019</u>

Dear Judge Liman:

　　　This office represents the Plaintiffs, JC Hospitality, LLC and Jayma Cardoso ("Plaintiffs") in the above referenced matter. We write to respectfully request a status update from the Court regarding the pending motion.

　　　On May 28, 2024, this office filed a Motion for Default Judgment against Defendant along with a request for Injunctive Relief against Defendant and an award of attorney's fees. As the Court is currently aware, the motion remains completely unopposed by Defendant as to each and every form of relief despite Your Honor's order that any opposition be filed by Ms. Hochberg no later than September 11, 2024.

　　　In accordance with the Court's order on August 21, 2024, this office provided a copy of the Order to Defendant's last known address via certified mail, but it was returned as undelivered. (<u>See</u> Exhibit A). As Your Honor knows, Defendant has voluntarily refused to provide the Court with her current address and Plaintiffs have complied with Your Honor's order to the best of their ability.

　　　Because this matter involves an ongoing violation of trademark infringement by Defendant Hochberg, until the Motion is decided and the Court awards relief – Plaintiff is suffering ongoing harms that are continuous. In that regard we are hopeful that the Court awards relief on the pending motion in the near future.

　　　We thank Your Honor for your time and attention to this matter. Should you have any questions or desire any additional documentation from this firm, please do not hesitate to contact me at any time.



John J. Zidziunas & Associates, LLC

Respectfully submitted,

**/s/ John J. Zidziunas**

JOHN J. ZIDZIUNAS
For the Firm

cc: Marisa Hochberg (via ECF)