# *EXHIBIT A*

A.2 / T.D
9/7/24 / 149

$10.72 US POSTAGE
2 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
RETAIL

USPS FIRST CLASS MAIL

33 Plymouth St Ste 202
Montclair NJ 07042-2677

SHIP TO: Marisa Hochberg
420 E 54th St Apt 1708
New York NY 10022-5392

MIXIE 061 FE 1       0009/21/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 07042767752        0050N25212-09292



USPS CERTIFIED MAIL™

9414 7112 0620 5894 9394 84



9589 0710 5270 0863 5783 78



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mansa Hochberg
   420 East 54th St.
   apt 1708
   NY NY 10022

2. Article Number (Transfer from service label)

   9590 9402 1428 5329 6534 08

   9589 0710 5270 0863 5783 78

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt