**JOHN J. ZIDZUNAS & ASSOCIATES, LLC**
**John J. Zidziunas, Esq. (ATTY ID 5544044)**
**225 Broadway, Suite 3800**
**New York, New York 10007**
**T: 212-516-1868**
*Attorneys for Plaintiffs, JC Hospitality, LLC and Jayma Cardoso*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JC HOSPITALITY, LLC and JAYMA CARDOSO,**<br><br>                  **Plaintiffs,**<br><br>-against-<br><br>**MARISA HOCHBERG (In Her Individual and Professional Capacities),**<br><br>                  **Defendant.** | **CASE NO.: 1:23-CV-02051-LJL**<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jayma Cardoso with supporting exhibits, Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment with supporting exhibits, Clerk's Certificate of Default entered on May 22, 2024, Declaration of John J. Zidziunas, Esq. in Support of Motion for Default Judgment, Proposed Form of Order, Declaration of John J. Zidziunas, Esq., in Support of Application for Attorneys' Fees, Certificate of Service and all prior pleadings and proceedings in this action, Plaintiffs JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso (collectively, the "Plaintiffs"), by and through their undersigned counsel, will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure:

1. Granting Plaintiffs' Motion for Default Judgment on Count II, 15 U.S.C. § 1125(a) of the Lanham Act, Counts VII and VIII, violations of the New York State Consumer Protection from Deceptive Acts and Practices, NY Gen Bus L §§ 349 and 350, and Count X, tortious interference with prospective economic advantage;
2. Awarding Plaintiffs injunctive relief against Defendant Hochberg by way of:
   (a) the immediate removal of the "@thesurflodgesanctuary" Instagram account from Instagram and any other social media platforms or websites,
   (b) prohibiting and enjoining Defendant Hochberg from future use any name, trademark, or other intellectual property associated with Plaintiffs and The Surf Lodge trademarks, and
   (c) prior to the removal of "@thesurflodgesanctuary" Instagram account, that Defendant Hochberg be ordered to provide the current password for the account and provide the history all direct messages and correspondence received via the "@thesurflodgesanctuary"
3. Awarding Plaintiffs equitable relief against Defendant Hochberg by way of:
   (a) prohibiting Defendant Hochberg from making threats or defamatory statements about Plaintiff Cardoso and The Surf Lodge towards Plaintiff Jayma Cardoso or any persons known to be associated with Plaintiff Cardoso and The Surf Lodge, including employees, independent contractors, and clients of same;
4. Awarding Plaintiffs reasonable attorney's fees and costs incurred in this action; and
5. Granting such other and further relief as the Court deems just, proper, and equitable under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedures, Plaintiff requests that the Court schedule a hearing, if necessary, to determine the amount of damages or other relief to be awarded.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated: August 6, 2025**

                                            **JOHN J. ZIDZIUNAS & ASSOCIATES, LLC**
                                            **By:  */s/ John J. Zidziunas*** 
                                            **John J. Zidziunas, Esq.**

                                            **Attorneys for Plaintiffs,**
                                  **JC Hospitality, LLC and Jayma Cardoso**