**JOHN J. ZIDZUNAS & ASSOCIATES, LLC**
**John J. Zidziunas, Esq. (ATTY ID 5544044)**
**225 Broadway, Suite 3800**
**New York, New York 10007**
**T: 212-516-1868**
*Attorneys for Plaintiffs, JC Hospitality, LLC and Jayma Cardoso*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JC HOSPITALITY, LLC and JAYMA CARDOSO,**<br><br>                           **Plaintiffs,**<br><br>-against-<br><br>**MARISA HOCHBERG (In Her Individual and Professional Capacities),**<br><br>                           **Defendant.** | **CASE NO.: 1:23-CV-02051-LJL**<br><br><br>**ORDER GRANTING**<br>**DEFAULT JUDGMENT** |

      **THIS MATTER** having been brought before the Court by John J. Zidziunas & Associates on behalf of the Plaintiffs, JC Hospitality, LLC and Jayma Cardoso, on August 5, 2025, seeking by way of Motion for Default Judgment, based upon the facts set forth, and Defendant Hochberg failing to otherwise defend this lawsuit, it is:

      **ORDERED** that Default Judgment is entered against Defendant Marisa Hochberg as to Counts II, VII, VIII, and X of the Second Amended Complaint, pursuant to Fed. R. Civ. P. 55; and it is further

      **ORDERED** that Defendant Hochberg immediately and permanently remove "@thesurflodgesanctuary" Instagram handle from Instagram and any other social media platforms or websites; and it is further

      **ORDERED** that Defendant Hochberg cease further use of any name, trademark, or other intellectual property associated with Plaintiffs and The Surf Lodge trademarks; and it is further

**ORDERED** that prior to the removal of "@thesurflodgesanctuary" Instagram account, that Defendant Hochberg be ordered to provide the current password for the account and provide the history all direct messages and correspondence received via the "@thesurflodgesanctuary"; and it is further

**ORDERED** that Defendant Hochberg shall refrain from making threats or defamatory statements about Plaintiff Cardoso and The Surf Lodge towards Plaintiff Jayma Cardoso and/or any persons known to be associated with Plaintiff Cardoso and The Surf Lodge, including employees, independent contractors, and clients of same;

**ORDERED** that Plaintiffs be awarded attorneys' fees and costs incurred in this action in the amount of $_____.

_____
U.S.D.J.

Dated: _____
      New York, New York


This document was entered on the docket on _____.