```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JC HOSPITALITY, et al., :
:
              Plaintiffs, :
: 23-cv-02051 (LJL)
   -v- :
: ORDER
MARISA HOCHBERG, :
:
             Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant's response to the renewed motion for default judgment at Dkt. No. 115 shall be due on August 27, 2025. Any reply shall be due on September 3, 2025.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Defendant at her address listed on the docket. The Clerk of Court is also respectfully directed to add the pro se flag to this case and to send an Information Package to the pro se Defendant.

      SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                                         LEWIS J. LIMAN
                                                   United States District Judge