**COVER LETTER**

**Marisa Hochberg**
**Via Email: Marisjh@gmail.com**
**Phone: 917-858-5063**
**Email:** Marisjh@gmail.com

**August, 25th, 2025**

**VIA PRO SE INTAKE OFFICE**
**United States District Court**
**Southern District of New York**
500 Pearl Street, Room 200
New York, NY 10007

Re: JC Hospitality, LLC and Jayma Cardoso v. Marisa Hochberg,
Case No. 1:23-cv-02051-LJL

Dear Judge Liman:

I am the Defendant in the above-referenced matter, proceeding pro se. Enclosed please find for filing:

1. Defendant's Motion for Extension of Time;
2. Declaration of Marisa Hochberg in Support; and
3. Proposed Order.

I respectfully request a 60-day extension to respond to Plaintiffs' Motion for Default Judgment (filed August 6, 2025). This request is made in good faith due to extraordinary hardship including a potential life threatening medical condition, ongoing estate litigation due to the recent passing of my father, and efforts to secure counsel.

Thank you for your consideration.

Respectfully submitted,

**Marisa Hochberg**
Defendant, Pro Se

*DocuSigned by:*
*Marisa Hochberg*
37B55FC13F5F470...