```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JC HOSPITALITY, et al.,                                            :
:
            Plaintiffs,                                            :
:        23-cv-02051 (LJL)
      -v-                                                          :
:            ORDER
MARISA HOCHBERG,                                                   :
:
            Defendant.                                             :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On May 28, 2024, Plaintiffs filed a first motion for default judgment. Dkt. No. 94. In connection with that motion, Plaintiffs also filed a motion for attorneys' fees. Dkt. No. 111. On November 27, 2024, the Court denied the motion for default judgment without prejudice, noting that, upon renewal, Plaintiffs would "have to establish the propriety of injunctive relief, damages, and attorneys' fees," in addition to remedying other identified defects. Dkt. No. 114 at 3. Plaintiffs have now filed a renewed motion for default judgment, which includes a renewed motion for attorneys' fees. Dkt. No. 115. Accordingly, the motion for attorneys' fees at Dkt. No. 111 is denied as moot, without prejudging the merits of the renewed motion.

The Clerk of Court is respectfully directed to close Dkt. No. 111, and email a copy of this order to the pro se Defendant at Marisjh@gmail.com.

        SO ORDERED.

Dated: September 22, 2025
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge