

**John J. Zidziunas & Associates, LLC**

NJ Office:
354 Eisenhower
Parkway, Suite 1250
Livingston, NJ 07039
☎ 212-516-1868

NY Office:
225 Broadway
Suite 3800
New York, NY 10007
☎ 212-516-1868

Of Counsel:
Phillip E. Klein, Esq.*
Barry E. Janay, Esq.*°

Member:
John J. Zidziunas, Esq.*°+

Associates:
Caroline McCallan, Esq.*°
Matthew Tonzola, Esq.*°
Nicholas Nachtergaele, Esq.°

\* Member of NY Bar
° Member of NJ Bar
\+ Member of D.C. Bar

October 2, 2025

<u>Via ECF</u>

Hon. Lewis J. Liman, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   RE: JC Hospitality, et al. v. Hochberg
      Docket No.: 1:23-cv-02051-LJL
      <u>Our File No.: 00019</u>

Dear Judge Liman:

  This office represents the Plaintiffs, JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso ("Ms. Cardoso") (collectively, the "Plaintiffs"), in the above referenced matter. We write to respectfully urge the Court to follow its own directive and grant Plaintiffs' pending Motion for Default Judgment as ***unopposed***. Defendant Hochberg has once again failed to comply with this Court's clear Order of August 28, 2025, which granted her only until September 27, 2025, to file an opposition and expressly warned that if she did not, the Court would consider the motion unopposed. It is now October 2, 2025—five days past that deadline—and no opposition has been filed. Defendant Hochberg should not be afforded yet another opportunity to fabricate excuses or evade responsibility, and Plaintiffs respectfully submit that the Court should rule on the papers without further delay.

  Defendant Hochberg's continued defiance reflects a pattern of disregard for the Court's Orders, deadlines, procedural rules, and the judicial process as a whole. As Your Honor has already recognized, she has a "lengthy history of failures to comply with the Court's orders in this case." Despite being fully aware of this litigation and its deadlines, Defendant Hochberg has once again ignored the Court's directive. Between January 2024 and the filing of Plaintiffs' motion in August 2025—a span of 19 months—she made no effort to respond to the Court's repeated orders or to communicate with Plaintiffs' counsel in good faith. After obtaining a 30-day extension by pleading hardship, she once again defaulted on her obligations. ***Enough is enough***.

  Upon receipt of this letter, Plaintiffs anticipate Defendant Hochberg may attempt to offer yet another round of excuses—whether claiming hospitalization, family tragedy, lack of computer access, or otherwise. But such tactics cannot be permitted to continue any further. Defendant Hochberg has deliberately ignored Court Orders, refused to engage in discovery or otherwise defend this action, all while directing threats at Plaintiffs' counsel and



John J. Zidziunas & Associates, LLC

publishing ongoing defamatory tirades against Plaintiff Cardoso – causing additional harm, damages, and the need for this Court to enter relief with the equitable restraints requested in our Proposed Order so as to avoid further palpable prejudice to the Plaintiffs. This Court made clear in its written Order that Ms. Hochberg shall be held to the same standards and responsibilities as an attorney, and Plaintiffs respectfully request that the Court enforce this directive. Accordingly, Defendant's intentional, willful conduct should not be rewarded with further indulgence.

      For these reasons and for all the reasons set forth in Plaintiffs' motion papers, we respectfully request that the Court deem Plaintiffs' Motion for Default Judgment unopposed by Defendant Hochberg and accordingly rule on the papers.

      We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

*/s/ John Zidziunas*

JOHN ZIDZIUNAS
For the Firm