

John J. Zidziunas & Associates, LLC

NJ Office:
354 Eisenhower
Parkway, Suite 1250
Livingston, NJ 07039
212-516-1868

NY Office:
225 Broadway
Suite 3800
New York, NY 10007
212-516-1868

Of Counsel:
Phillip E. Klein, Esq.*
Barry E. Janay, Esq.*°

Member:
John J. Zidziunas, Esq.*°+

Associates:
Caroline McCallan, Esq.*°
Nicholas Nachtergaele, Esq.°

\* Member of NY Bar
° Member of NJ Bar
\+ Member of D.C. Bar

February 26, 2026

**Via ECF**

Hon. Lewis J. Liman, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:    JC Hospitality, et al. v. Hochberg
              Docket No.: 1:23-cv-02051-LJL
              Our File No.: 00019

Dear Judge Liman:

      This office represents the Plaintiffs, JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso ("Ms. Cardoso") (collectively, the "Plaintiffs"), in the above referenced matter. We write to respectfully request a status update on Plaintiffs' pending request for attorneys' fees that was filed on November 14, 2025, in accordance with Your Honor's directive in the November 7, 2025 Order and Opinion granting default judgment against Defendant Hochberg. Should Your Honor require any further information from Plaintiffs in support of the above-mentioned request, we are happy to provide same.

      We thank the Court in advance for its time and attention to this matter.

                              Respectfully submitted,

                              ***/s/ John Zidziunas***

                              JOHN ZIDZIUNAS
                              For the Firm