UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JC HOSPITALITY et al.,

                Plaintiffs,

    -v-

MARISA HOCHBERG,

                Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2026

23-cv-2051 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiffs submitted a declaration in further support of their request for attorneys' fees and costs.  Dkt. No. 127.  Plaintiffs have not filed proof of service of the declaration on the docket.  Defendant is proceeding *pro se* and has not consented to electronic service via ECF.  Pursuant to the Court's Individual Practices, all ECF filings by a represented party in a case with a *pro se* party must be accompanied by an Affidavit of Service affirming that the *pro se* party was served with a copy of the communication.  Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.J.

Plaintiffs are directed to serve the declaration at Dkt. No. 127 and this Order on Defendant by March 6, 2026 and file proof of service on the docket.  Defendant shall have two weeks thereafter to respond to the declaration.

    SO ORDERED.

Dated: February 27, 2026
    New York, New York
                                  LEWIS J. LIMAN
                           United States District Judge