**JOHN J. ZIDZIUNAS & ASSOCIATES, LLC**
**JOHN J. ZIDZIUNAS, ESQ. (NY BAR ID: 5544044)**
225 Broadway, 38th Floor
New York, NY 10007
(P) 212-516-1868
*Employmentdiscrimination.com*
*Attorneys for Plaintiffs, JC Hospitality, LLC and Jayma Cardoso*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JC HOSPITALITY, LLC and JAYMA CARDOSO,**<br><br>                                **Plaintiffs,**<br><br>-against-<br><br>**MARISA HOCHBERG (In Her Individual and Professional Capacities),**<br><br>                                **Defendant.** | **CASE NO.: 1:23-CV-02051-LJL**<br><br><br>**DECLARATION OF**<br>**JOHN J. ZIDZIUNAS, ESQ.** |

I, **JOHN J. ZIDZIUNAS, ESQ.,** do hereby certify as follows:

1. I am an attorney at law of the State of New York and a member of John J. Zidziunas & Associates, LLC. I am counsel for Plaintiffs JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso, in the above captioned matter. As such, I am fully familiar with the facts and pleadings developed to date with respect to the above captioned matter.

2. Plaintiffs' Declaration of John J. Zidziunas, Esq. in Support of Award of Attorneys' Fees and Expenses ("Declaration") was e-filed via PACER/ECF on November 14, 2025.

3. I am submitting this Declaration to inform the Court that, in accordance with the Court's directive *via* Order on February 27, 2026, Plaintiffs have served the above-mentioned Declaration (Dkt. No. 127) and Order (Dkt. No. 129) on Defendant Hochberg via PACER/ECF and email, and have attempted a third form of service *via* hand delivery.

4. Because Defendant Hochberg is representing herself *pro se*, Defendant Hochberg is presumed to have received the Declaration of John J. Zidziunas, Esq. in Support of Award of Attorneys' Fees and Expenses when it was e-filed on November 14, 2025.

5. On March 4, 2026, our office emailed a copy of the filed Declaration and the Order dated February 27, 2026, along with a copy of the Order and Opinion dated November 7, 2025 and Plaintiffs' e-filed letter to the Court dated February 26, 2026, to Defendant Hochberg's email address, "marisjh@gmail.com". (*See* email dated March 4, 2026, attached hereto as "Exhibit A").

6. Defendant Hochberg did not reply to our email sent on March 4th, however, read receipt notifications indicate that Ms. Hochberg did receive the email. (*See* email receipt dated March 4, 2026, attached hereto as "Exhibit B").

7. In compliance with Court order, Plaintiffs also attempted in-person service of the above-mentioned documents upon Defendant Hochberg at the address we have on file for Defendant Hochberg.

8. The above-mentioned documents were unable to be served *via* hand delivery upon Defendant Hochberg as she has moved from the address in Manhattan that Plaintiffs' counsel and the Court has on record. (*See* copy of Affirmation of

attempted service from Guaranteed Subpoena dated March 4, 2026, attached hereto as "Exhibit C").

9. To date, Defendant Hochberg has not provided the Court or Plaintiffs' counsel with her current mailing address despite being ordered to do so by the Court.

10. Our office has exhausted all efforts to ensure service of the above-mentioned documents upon Defendant Hochberg *via* three separate means of service.

I declare under penalty of perjury that the foregoing is true and correct.

                                   **JOHN J. ZIDZIUNAS & ASSOCIATES, LLC**
                                   **By:    */s/ John J. Zidziunas*
                                     John J. Zidziunas, Esq.**

                                        **Attorneys for Plaintiffs,
                              JC Hospitality, LLC and Jayma Cardoso**

**Dated: March 6, 2026**