# EXHIBIT A



Caroline McCallan <caroline@employmentdiscrimination.com>

# 1:23-cv-02051-LJL; JC Hospitality et al v. Hochberg
1 message

**Caroline McCallan** <caroline@employmentdiscrimination.com>  Wed, Mar 4, 2026 at 2:32 PM
To: marisjh@gmail.com
Cc: Zidziunas John <john@employmentdiscrimination.com>

Dear Ms. Hochberg,

This office represents the Plaintiffs in the above referenced matter. Pursuant to the Court's directive, enclosed please find copies of the following documents:

- Plaintiffs' Declaration of Counsel in Support of Attorneys Fees, which was electronically filed *via* ECF on November 14, 2025, as directed by the Court's Order and Opinion dated November 7, 2025;
- Plaintiffs' letter to the Court, which was electronically filed *via* ECF on February 26, 2026; and
- the Court's Order dated February 27, 2026

Regards,
Caroline
--
**Caroline McCallan, Esq.**



**John J. Zidziunas & Associates, LLC**

**NJ Office:**
354 Eisenhower Parkway, Suite 1250
Livingston, NJ 07039
📞 212-516-1868

**NY Office:**
225 Broadway
Suite 3800
New York, NY 10007
📞 212-516-1868

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply by email and destroy all copies of the original message.*

---

**4 attachments**

- 📄 **JC Hosp. v. Hochberg_Court Order 022726.pdf**
  119K

- 📄 **JC Hosp._FILED Declaration of Attorneys Fees 111425.pdf**
  468K

- 📄 **JC Hosp. v. Hochberg_Order & Opinion (Default Judgment) 110725.pdf**
  394K

- 📄 **JC Hosp. v. Hochberg_Letter to Court 022626.pdf**
  176K

# *EXHIBIT B*



Caroline McCallan &lt;caroline@employmentdiscrimination.com&gt;

**marisjh@gmail.com has just read «1:23-cv-02051-LJL; JC Hospitality et al v. Hochberg»**
1 message

**Mailsuite Notification** &lt;notification@mailsuite.com&gt;    Wed, Mar 4, 2026 at 7:41 PM
Reply-To: no-reply@mailsuite.com
To: caroline@employmentdiscrimination.com

# 1:23-cv-02051-LJL; JC Hospitality et al v. Hochberg open email

## marisjh@gmail.com read your email 5 hours after it was sent

Sent on Mar 4, 2026 at 2:32 PM

Read on Mar 4, 2026 at 7:41 PM by marisjh@gmail.com

See full email tracking history

**Recipients**

marisjh@gmail.com (invite to Mailsuite)

john@employmentdiscrimination.com

Turn off read alerts

***EXHIBIT***

***C***

14.8

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Index/Case #   1:23-CV-02051-LJL<br>Filing Date:   February 27, 2026<br>Court Date:<br>Client File No.:   20260302163023 |

Client: Guaranteed Subpoena Service, Inc.
Attorney:

*Plaintiff*

JC HOSPITALITY ET AL.

vs

*Defendant*

MARISA HOCHBERG

_____Raed Ibrahim_____ , the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within:

**ORDER, DECLARATION, EXHIBITS**

Upon _____ MARISA HOCHBERG _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 03/03/2026 18:30:00 Attempt at: 420 E. 54TH STREET, APT 1708, NY, NY 10022 Results: SPOKE TO THE SECURITY AND HE STATED THAT THE DEFENDANT MOVED OUT ABOUT THREE YEARS AGO

I affirm on this day_____March 4, 2026_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*/s/ Raed Ibrahim*

Raed Ibrahim
Lic#   1326602-DCA
JobID   2612980

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20260302163023** Was

JOHN J. ZIDZIUNAS, LLC
JOHN J. ZIDZIUNAS, ESQ.
33 PLYMOUTH ST STE 202A
MONTCLAIR NJ 07042

**NOT SERVED!**

NOT Served Date/Time: 3/3/2026 6:30 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 478A1203**

NOT Served Upon: **MARISA HOCHBERG**
At HOME: **420 E. 54TH STREET APT 1708 NEW YORK NY 10022**

In the Case/Docket: **1 23 CV 02051 LJL**    Claim:
Plaintiff: **JC HOSPITALITY, LLC, ET AL**
Defendant: **MARISA HOCHBERG (IN HER INDIVIDUAL AND PROFESSIONAL CAPACITIES)**
Attorney: **JOHN J. ZIDZIUNAS, ESQ.**   Phone: **9735098500**   Fax: **9735091770**   Email:
Firm: **JOHN J. ZIDZIUNAS, LLC**
**33 PLYMOUTH ST STE 202A MONTCLAIR NJ 07042**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____    __/__/____
AUTHORIZING SIGNATURE         DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO **(888) 224-4405**
OR CALL **(877) SDA-2009** TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL **(800) 672-1952** TO REACH **GUARANTEED SUBPOENA SERVICE**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

## WE ARE UNABLE TO SERVE YOUR PROCESS FOR THE FOLLOWING REASON:

[ ] POSSIBLY VACANT AND ABANDONED --- N.J.S.A.2A:50-73 May Apply
$100 SUMMARY FORECLOSURE AFFIDAVIT. Call 1-800-672-1952 For Details.

[ X ] MOVED                               [ ] UNABLE TO MAKE CONTACT

[ ] ADDRESS DOES NOT EXIST                [ ] DECEASED

[ ] EVADING                               [ ] INCARCERATED

[ ] UNKNOWN AT ADDRESS                    [ ] IN COLLEGE

                                          [ ] RETIRED

Guaranteed Subpoena Service utilizes "real time status". Our process servers communicate with our computer system via a SmartPhone. The categories above are what our process servers view and click in cases where process cannot be served. Our process server did go to the address you provided and in most cases videoed the attempt to make the declared determination. Fuel, time and wear and tear are involved. Video may also be available at a nominal cost. We feel that this is fair and are confident that you agree. Should you have any questions please feel free to call our office at 1-800-672-1952.

Thank you in advance for the opportunity to serve you!



Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

# Receipt For PMT 121506625675 on 03/04/2026

## Jobs Applied To Payment: $135.00

| GSSNo | Docket | Entity |
|---|---|---|
| 20260302163023 | 1 23 CV 02051 LJL | MARISA HOCHBERG |

## Thank You For Using Guaranteed Subpoena Service, Inc.

