UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2026
```

JC HOSPITALITY et al.,

               Plaintiffs,

    -v-

MARISA HOCHBERG,

               Defendant.

---------------------------------------------------------------------X

23-cv-2051 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has received a letter from Defendant requesting a 60-day extension of the time to respond to the request for attorneys' fees and costs. Dkt. No. 131. Defendant's current due date is March 20, 2026. The Court grants an extension to April 24, 2026. The Clerk of Court is directed to maintain Defendant's letter under seal with access limited to the Court and counsel only due to the private medical information contained in the letter. Defendant is directed to inform the Clerk of Court by letter of a physical address at which she may be served copies of Court papers by no later than March 23, 2026. Plaintiff is directed to serve a copy of this order on Defendant by no later than March 19, 2026 by email to marisjh@gmail.com and to file proof of service on the docket. The Court is also emailing this order to Defendant at the same address.

    SO ORDERED.

Dated: March 18, 2026
      New York, New York

                            _____
                                LEWIS J. LIMAN
                          United States District Judge