**John J. Zidziunas & Associates, LLC**

**NJ Office:**
354 Eisenhower Parkway, Suite 1250
Livingston, NJ 07039
212-516-1868

**NY Office:**
225 Broadway
Suite 3800
New York, NY 10007
212-516-1868

**FL Office:**
3050 Biscayne Blvd, 7th Floor
Miami, FL 33137
212-516-1868

**Of Counsel:**
Lisa Sier, Esq.*#
Phillip E. Klein, Esq.*
Barry E. Janay, Esq.*º

**Member:**
John J. Zidziunas, Esq.*º+

**Associates:**
Caroline McCallan, Esq.*º
Nicholas Nachtergaele, Esq.º

* Member of NY Bar
º Member of NJ Bar
+ Member of D.C. Bar
# Member of FL Bar

April 2, 2026

<u>Via ECF</u>

Hon. Lewis J. Liman, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:    JC Hospitality, et al. v. Hochberg
               Docket No.: 1:23-cv-02051-LJL
               <u>Our File No.: 00019</u>

Dear Judge Liman:

This office represents the Plaintiffs, JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso ("Ms. Cardoso") (collectively, the "Plaintiffs"), in the above referenced matter. We write to the Court to address Defendant Hochberg's continued ***willful, non-compliance with this Court's Orders***, and to respectfully urge this Court not to countenance Defendant's continued pattern of abusing personal circumstances to delay resolution of this matter once again.

In the Court's Order dated March 18, 2026, Your Honor granted Defendant Hochberg's extension request to reply to Plaintiffs' Request for Attorneys' Fees, which was submitted *via ex parte* letter. In Document Number 132 in this matter, Your Honor directed Plaintiffs to serve Defendant with a copy of said Order *via* email and file proof of service by March 19th. Plaintiffs complied with Your Honor's Order, and filed proof of same on March 19th. (<u>See</u> Document No. 133).

In Document number 132, Your Honor further directed Defendant Hochberg to inform the Court by letter providing her "physical address at which she may be served Court papers" no later than March 23rd. To date, it appears that Defendant Hochberg has not provided her physical address, once again failing to comply with yet another Court Order. If she did provide the address, she did so *ex parte* which is not appropriate and not in accordance with this Court's Order so that Plaintiffs can properly serve her. If she did not provide her address (which has now been 10 days since Your Honor's ruling), we ask that the Court deny any further submissions by Defendant as a sanction for wasting this Court's time and abusing our client's resources.

Finally, Plaintiffs are still unable to view Defendant Hochberg's extension request letter to the Court *via* ECF, which was directed to be marked for limited access for only the



John J. Zidziunas & Associates, LLC

Court and counsel. To date, Plaintiffs have not received any such documentation and have been unable to see Defendant Hochberg's reasoning for the extension request that was granted by the Court. Regardless of the medical excuse or personal circumstances we envision she provided, this Court should decline to entertain such submissions which are consistent with a pattern of delay that only frustrates enforcement of prior Court rulings.

We wish to reiterate to the Court that Defendant Hochberg's continued defiance reflects a pattern of disregard for the Court's Orders, deadlines, procedural rules, and the judicial process as a whole. We believe it is more than evident that is done deliberately to delay final relief in this case.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

**/s/ John J. Zidziunas**

JOHN J. ZIDZIUNAS
For the Firm