UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JC HOSPITALITY et al.,                                             :
                                                                   :
                            Plaintiffs,                            :
                                                                   :                23-cv-2051 (LJL)
              -v-                                                  :
                                                                   :                ORDER
MARISA HOCHBERG,                                                  :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2026

LEWIS J. LIMAN, United States District Judge:

The Court has received a letter from Defendant requesting a 60-day extension of the time to respond to the request for attorneys' fees and costs. Dkt. No. 131. Defendant's current due date is March 20, 2026. The Court grants an extension to April 24, 2026. The Clerk of Court is directed to maintain Defendant's letter under seal with access limited to the Court and counsel only due to the private medical information contained in the letter. Defendant is directed to inform the Clerk of Court by letter of a physical address at which she may be served copies of Court papers by no later than March 23, 2026. Plaintiff is directed to serve a copy of this order on Defendant by no later than March 19, 2026 by email to marisjh@gmail.com and to file proof of service on the docket. The Court is also emailing this order to Defendant at the same address.

        SO ORDERED.

Dated: March 18, 2026
        New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge

**JOHN J. ZIDZIUNAS & ASSOCIATES, LLC**
**JOHN J. ZIDZIUNAS, ESQ. (NY BAR ID: 5544044)**
**225 Broadway, 38th Floor**
**New York, NY 10007**
**(P) 212-516-1868**
*Employmentdiscrimination.com*
*Attorneys for Plaintiffs, JC Hospitality, LLC and Jayma Cardoso*

<br>

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JC HOSPITALITY, LLC and JAYMA CARDOSO,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**MARISA HOCHBERG (In Her Individual and Professional Capacities),**<br><br>**Defendant.** | **CASE NO.: 1:23-CV-02051-LJL**<br><br><br>**DECLARATION OF JOHN J. ZIDZIUNAS, ESQ. IN SUPPORT OF PROOF OF SERVICE** |

I, **JOHN J. ZIDZIUNAS, ESQ.,** do hereby certify as follows:

1.  I am an attorney at law of the State of New York and a member of John J. Zidziunas & Associates, LLC. I am counsel for Plaintiffs JC Hospitality, LLC ("JC Hospitality") and Jayma Cardoso, in the above captioned matter. As such, I am fully familiar with the facts and pleadings developed to date with respect to the above captioned matter.

2.  I am submitting this Declaration to inform the Court that, in accordance with the Court's directive *via* Order on March 18, 2026, Plaintiffs have served the above-mentioned Order (Doc. No. 132) on Defendant Hochberg *via* email.

3. On March 18, 2026, our office emailed a copy of the filed Order dated March 18, 2026, to Defendant Hochberg's email address, "marisjh@gmail.com". (*See* email dated March 18, 2026, attached hereto as "Exhibit A").

4. Defendant Hochberg did not reply to our email sent on March 18th, however, read receipt notifications indicate that Ms. Hochberg did receive the email. (*See* email receipt dated March 19, 2026, attached hereto as "Exhibit B").

I declare under penalty of perjury that the foregoing is true and correct.

JOHN J. ZIDZIUNAS & ASSOCIATES, LLC
By:    */s/ John J. Zidziunas*
John J. Zidziunas, Esq.

Attorneys for Plaintiffs,
JC Hospitality, LLC and Jayma Cardoso

Dated: March 19, 2026

**EXHIBIT**

**A**



Caroline McCallan <caroline@employmentdiscrimination.com>

# 1:23-cv-02051-LJL; JC Hospitality et al v. Hochberg

1 message

**Caroline McCallan** <caroline@employmentdiscrimination.com>                    Wed, Mar 18, 2026 at 3:58 PM
To: marisjh@gmail.com
Cc: Zidziunas John <john@employmentdiscrimination.com>

Dear Ms. Hochberg,

This office represents the Plaintiffs in the above referenced matter. Pursuant to the Court's directive, enclosed please find a copy of the Order that was filed by the Court today, March 18, 2026.

Regards,
Caroline
--
**Caroline McCallan, Esq.**



### John J. Zidziunas & Associates, LLC

**NJ Office:**

354 Eisenhower
Parkway, Suite 1250
Livingston, NJ 07039
☎ **212-516-1868**

**NY Office:**

225 Broadway
Suite 3800
New York, NY 10007
☎ **212-516-1868**

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply by email and destroy all copies of the original message.*

 **JC Hosp. v. Hochberg_Court Order 031826.pdf**
104K

**EXHIBIT**

**B**

Case 1:23-cv-02051-LJL   Document 133-1   Filed 03/09/26   Page 7 of 7



Caroline McCallan <caroline@employmentdiscrimination.com>

---

# marisjh@gmail.com has just read «1:23-cv-02051-LJL; JC Hospitality et al v. Hochberg»

1 message

---

**Mailsuite Notification** <notification@mailsuite.com>                Thu, Mar 19, 2026 at 12:51 AM
Reply-To: no-reply@mailsuite.com
To: caroline@employmentdiscrimination.com

*///* Mailsuite

# 1:23-cv-02051-LJL; JC Hospitality et al v. Hochberg open email

## marisjh@gmail.com read your email 9 hours after it was sent

✈   Sent on Mar 18, 2026 at 3:58 PM

✓✓   Read on Mar 19, 2026 at 12:51 AM by marisjh@gmail.com

See full email tracking history

---

### Recipients

✓✓   marisjh@gmail.com (invite to Mailsuite)

✓✓   john@employmentdiscrimination.com

Turn off read alerts