UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    :
JC HOSPITALITY et al.,    :
    :
           Plaintiffs,    :
    :      23-cv-2051 (LJL)
    -v-    :
    :      ORDER
MARISA HOCHBERG,    :
    :
           Defendant.    :
    :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_04/03/2026__

LEWIS J. LIMAN, United States District Judge:

Plaintiffs request that the Court unseal the letter at Dkt. No. 131 for Plaintiffs to be able to review the letter and that the Court preclude Defendant from responding to the current motion for attorneys' fees and costs as a sanction for failure to comply with the Court's order of March 18, 2026 at Dkt. No. 132 directing that Defendant supply the Court with a physical address where Defendant may be served.

The Court directs Defendant to serve a copy of the letter at Dkt. No. 131 on Plaintiffs by no later than April 6, 2026. Defendant shall also file a letter on the docket no later than April 6, 2026, stating that she has confirmed with the Court's order. In the absence of evidence that the letter at Dkt. No. 131 has been served on Plaintiffs by April 6, 2026, the Court will file the letter at Dkt. No. 131 on the public docket. The Court takes the motion for sanctions under advisement.

Plaintiffs are directed to serve a copy of this order on Defendant by no later than April 6, 2026 by email to marisjh@gmail.com and to file proof of service on the docket.  The Court is also contemporaneously emailing this order to Defendant at the same address.

SO ORDERED.

Dated: April 3, 2026
      New York, New York

                    LEWIS J. LIMAN
                United States District Judge