UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

JC HOSPITALITY et al.,                      :

                          :

               Plaintiffs,        :

                          :            23-cv-2051 (LJL)

    -v-                      :

                          :              ORDER

MARISA HOCHBERG,               :

                          :

               Defendant.       :

                          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Defendant shall respond to the request for attorneys' fees and costs by April 24,

2026.  Service upon Plaintiffs will be effective upon the filing of Defendant's response on the

docket.

       SO ORDERED.

Dated: April 7, 2026
      New York, New York                                         LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2026