Honorable Lewis J. Liman                                    Marisa Hochberg, Pro Se

United States District Judge

Southern District of New York                                (917) 858-5063

Daniel Patrick Moynihan United States Courthouse           Marisjh@gmail.com

500 Pearl Street

New York, NY 10007                                         May 4, 2026


**Re:  JC Hospitality, LLC et al. v. Hochberg**

**Case No. 1:23-cv-02051-LJL**

**<u>Defendant's Letter Request for Leave to File Corrected Exhibit and Two Supplemental Factual Points</u>**

Dear Judge Liman:

Defendant Marisa Hochberg respectfully requests leave to file a corrected exhibit and two supplemental factual points in connection with Defendant's pending response to Plaintiffs' declaration and request for attorneys' fees currently before the Court and submitted on 04/24/2026.

Defendant discovered last week, before Plaintiffs requested time to reply, that one exhibit had been inadvertently attached incorrectly and that two factual points bearing directly on the pending fee and deferral issues had been inadvertently omitted. Defendant did not raise the issue immediately because Plaintiffs had requested time to respond, and Defendant wanted Plaintiffs to have their allotted time before seeking leave from the Court.

This request has nothing to do with Plaintiffs' brief filed Friday. Defendant is not seeking to submit a sur-reply, respond to Plaintiffs' latest arguments, or reargue the motion. The request is limited to correcting one exhibit and placing two omitted factual points before the Court so the record accurately reflects the materials Defendant intended to submit.

Because the requested submission is narrow and corrective, Defendant respectfully submits that it will not prejudice Plaintiffs or require reopening briefing. If the Court grants leave, Defendant is prepared to file the corrected exhibit and two supplemental factual points today so that the pending fee issues may proceed without delay. To the extent the Court believes any response from Plaintiffs is appropriate, Defendant respectfully defers to the Court's discretion.

For these reasons, Defendant respectfully requests leave to file the corrected exhibit and two supplemental factual points now in connection with the pending fee issues.

Respectfully submitted,

/s/ Marisa Hochberg

Marisa Hochberg

Pro Se Defendant