UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JC HOSPITALITY, et al.,

                    Plaintiffs,

          -against-

HOCHBERG, et al.,

                    Defendants.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:____05/14/2026____

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**23-CV-2051 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A pre-settlement telephone conference will be held on **Wednesday, May 20, 2026, at 2:00 p.m.** in advance of a settlement conference.  Counsel for the parties will be sent call in information by Judge Parker's chambers prior to the scheduled conference date.

      **SO ORDERED.**

Dated: May 14, 2026
       New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge