**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JC HOSPITALITY, LLC, et al.,,

                    Plaintiffs,                  23 **CIVIL** 2051 (LJL)

       -against-                    **JUDGMENT**
                               **For Attorney's Fees and Costs**

MARISA HOCHBERG,

                   Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the

reasons stated in the Court's Memorandum and Order dated May 21, 2026, the Court awards

Plaintiffs $98,250 in attorneys' fees and $990.10 in expenses, for a total award of $99,240.10.

Judgment entered in favor of Plaintiffs on Counts II, VII, and VIII of the Second Amended

Complaint and in the amount of $99,240.10 in attorneys' fees and costs. The remaining claims of

the Second Amended Complaint are dismissed. Accordingly, the case is closed.

**Dated:**  New York, New York
       May 22, 2026

                             **TAMMI M. HELLWIG**

                              **Clerk of Court**

**BY:**

                              **Deputy Clerk**