UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JC HOSPITALITY, LLC and JAYMA CARDOSO,                    Case No. 1:23-cv-02051-LJL


Plaintiffs,

-against-

MARISA HOCHBERG,
Defendant.


# DECLARATION OF MARISA HOCHBERG IN SUPPORT OF EMERGENCY APPLICATION FOR STAY OF ENFORCEMENT

I, Marisa Hochberg, declare under penalty of perjury:

1. I am the Defendant in this action.
2. I am appearing pro se.
3. I submit this declaration in support of my emergency application for a temporary stay of enforcement, a stay pending prompt post-judgment relief under Federal Rules of Civil Procedure 55 and/or 60, or alternatively pending appeal.
4. Attached hereto are true and correct copies of documents referenced in this declaration, labeled Exhibits A through I.
5. On May 21, 2026, the Court awarded Plaintiffs $98,250 in attorneys' fees and $990.10 in expenses, for a total award of $99,240.10. A true and correct copy of the judgment/order is annexed hereto as **Exhibit A**.
6. I intend promptly to seek post-judgment relief and reserve all appellate rights.
7. I have no income and no meaningful assets.
8. I cannot post any bond, undertaking, escrow, or other monetary security in the amount of the judgment.
9. I cannot post any meaningful bond at all.
10. I am struggling to meet basic needs, including food, communications, housing stability, and medical care.
11. A true and correct copy of my Chase account materials, annexed hereto as **Exhibit B**, shows a $0.00 account value as of May 24, 2026.
12. A true and correct copy of my AT&T account materials, annexed hereto as **Exhibit C**, shows a $974.67 balance and reflects that my account is suspended.
13. A true and correct copy of my Medicaid documentation, annexed hereto as **Exhibit D**, reflects Emblem HIP Medicaid as my primary insurance.
14. A true and correct copy of the New York tax levy notice, annexed hereto as **Exhibit E**, reflects a total amount due of $15,407.05.

15. I am facing active housing instability.

16. A true and correct copy of the termination notice concerning 1113 York Avenue, annexed hereto as **Exhibit F**, states that my tenancy would terminate on October 31, 2025 and warns that summary proceedings would be commenced if I remained in possession.

17. A true and correct copy of the Housing Court docket materials, annexed hereto as **Exhibit G**, reflects an active Housing Court proceeding captioned *Tunahan Ozturk v. Maria Joelle Hochberg*, Index No. L&T 318746-25/NY.

18. My next Housing Court date is June 29.

19. A true and correct copy of the rent-demand communication, annexed hereto as **Exhibit H**, states a past-due balance of $22,500.00.

20. Based on continuing use and occupancy of approximately $7,500 per month and my inability to make payments, I estimate that claimed arrears now exceed $60,000.

21. I have been staying with a family friend because I lack stable housing and have been afraid to remain at the apartment due to my circumstances.

22. My father was my primary source of financial support.

23. My father retained counsel for me after this litigation began.

24. My father passed away during the litigation at or around the time I intended to assert counterclaims.

25. After my father passed away, I lost the financial support on which I had depended.

26. I mention these circumstances only to explain my present inability to post security and the severe hardship that immediate enforcement would cause.

27. I have multiple breast lumps or masses.

28. One growing painful palpable left-breast mass requires surgical management.

29. A true and correct copy of my MSK medical records, annexed hereto as **Exhibit I**, identifies a growing painful palpable 2.3 cm left-breast mass, states that surgical excision was suggested, and recommends surgical consultation for the left breast.

30. Because I lack stable housing, income, and basic financial resources, immediate enforcement would interfere with my ability to stabilize my medical care and proceed with necessary surgical care.

31. I suffer from severe PTSD, depression, and emotional distress arising from the combined circumstances of my parents' deaths, loss of financial support, housing instability, serious medical issues, lack of income and assets, this litigation, and the judgment.

32. Immediate enforcement activity, including bank restraints, levies, garnishments, turnover proceedings, judgment-debtor subpoenas, information subpoenas, restraining notices, or other collection activity, would materially worsen my hardship, interfere with my safety and stability, interfere with my ability to obtain food and basic necessities, interfere with necessary medical care, and impair my ability to pursue post-judgment relief and, if necessary, appeal.

33. If the Court grants temporary stay relief, I respectfully request that any necessary enforcement-related communications proceed through ordinary written means including ECF, email, or mail.

34. To my knowledge, Plaintiffs have not yet begun enforcement proceedings.

35. I respectfully request that the Court temporarily stay enforcement before any bank restraints, levies, garnishments, executions, turnover proceedings, judgment-debtor subpoenas, information subpoenas, third-party subpoenas, restraining notices, or other collection activity begins.

36. I am not asking the Court, through this emergency application, to vacate the judgment on this application.

37. I am asking only for temporary relief preserving the status quo while the Court considers appropriate stay relief and while I promptly pursue post-judgment relief.

38. I am willing to provide updated financial disclosure if ordered by the Court.

39. I am willing to notify the Court and Plaintiffs of any material improvement in my financial condition.

40. I am willing to agree not to transfer, conceal, or dissipate assets outside ordinary living expenses, food, housing expenses, medical expenses, and necessary litigation expenses.

41. I respectfully request that the Court waive any requirement of a bond entirely because I cannot provide any bond.

42. If the Court believes conditions are necessary, I respectfully request non-monetary conditions only.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/24/26
New York, New York

**Marisa Hochberg**
/s/ Marisa Hochberg