UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

JC HOSPITALITY, LLC and JAYMA CARDOSO,                    Case No. 1:23-cv-02051-LJL

Plaintiffs,

-against-

MARISA HOCHBERG,
Defendant.

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Marisa Hochberg, appearing pro se, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment/order entered on May 21, 2026, including the judgment in favor of Plaintiffs on Counts II, VII, and VIII of the Second Amended Complaint and the award of $99,240.10 in attorneys' fees and costs.

Defendant further appeals from all prior orders and rulings that merge into or are reviewable with that judgment, including the default judgment ruling entered on November 7, 2025.

Dated: 05/24/26

New York, New York

Respectfully submitted,

/s/ Marisa Hochberg

Marisa Hochberg, pro se
#1484 1280 Lexington Ave., FRNT 2
New York, NY 10028
917-858-5063
marisjh@gmail.com