UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JC HOSPITALITY et al.,

                    Plaintiffs,

     -v-

MARISA HOCHBERG,

                  Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__05/28/2026__

23-cv-2051 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on May 28, 2026.

The Court will treat Plaintiffs' letter brief filed today, Dkt. No. 159, as Plaintiffs' opposition to the motion at Dkt. No. 154. Defendant Marisa Hochberg ("Defendant") shall file a reply in support of her motion at Dkt. No. 154 by June 11, 2026.

The Court sets the following schedule for Defendant's anticipated motion to vacate the default judgment under Federal Rules of Civil Procedure 55 and 60: Defendant shall file her motion by June 16, 2026. Plaintiffs shall respond to the motion no later than June 30, 2026 and Defendant shall reply by seven days after being served with Plaintiffs' opposition papers.

In her motion, Defendant shall address whether the Court would have authority to grant the requested relief given her notice of appeal. As noted in the conference, Defendant should address the Second Circuit's decisions in *Toliver v. County of Sullivan*, 957 F.2d 47, 49 (2d Cir. 1992), *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 170 (2d Cir. 2001), and *City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 127 (2d Cir. 2011).

Defendant is further advised that that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide advice in connection with

a pro se party's case.  The Pro Se Law Clinic is run by a private organization called the City Bar

Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on

behalf of the Court, which must still be made by any unrepresented party through the Pro Se

Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's

intake form to make an appointment.  If a litigant has questions about the intake form or needs to

highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone

(212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood

Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM.

Appointments are also available remotely Monday through Friday, 10:00 A.M. to 4:00 P.M.

Defendant is further reminded of her obligation to monitor filings on the docket of this

case.

SO ORDERED.

Dated: May 28, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2