Honorable Lewis J. Liman                                                Marisa Hochberg, Pro Se

United States District Judge

Southern District of New York                                              (917) 858-5063

Daniel Patrick Moynihan United States Courthouse              Marisjh@gmail.com

500 Pearl Street

New York, NY 10007                                                       May 28th, 2026

**Re:  JC Hospitality, LLC et al. v. Hochberg**

**Case No. 1:23-cv-02051-LJL**

**LETTER TO THE COURT**

Dear Judge Liman:

I respectfully apologize that my telephone connection dropped near the conclusion of today's conference while Your Honor was speaking. I immediately attempted to dial back into the conference line, but by that time the conference had already concluded.

I wanted to acknowledge the Court's orders and to express my appreciation for the Court's time and prompt attention to my emergency application and the procedural issues discussed today.

I appreciate the briefing schedule set by the Court and understand my obligations and deadlines going forward

Respectfully submitted,

Marisa Hochberg
/s/ Marisa Hochberg

Pro Se, Defendant