Honorable Lewis J. Liman                                      Marisa Hochberg, Pro Se

United States District Judge

Southern District of New York                                  (917) 858-5063

Daniel Patrick Moynihan United States Courthouse          Marisjh@gmail.com

500 Pearl Street

New York, NY 10007                                           June 11, 2026

**Re:  JC Hospitality, LLC et al. v. Hochberg**

**Case No. 1:23-cv-02051-LJL**

**<u>Re: JC Hospitality d/b/a The Surf Lodge et al. v. Hochberg, No. 1:23-cv-02051 (LJL)</u>**

Dear Judge Liman:

I respectfully write regarding my previously filed Notice of Appeal. The appeal has not yet been docketed by the United States Court of Appeals for the Second Circuit.

During the telephonic conference held on May 28, 2026, the Court advised that, because a Notice of Appeal had been filed, I would need to seek appropriate relief concerning jurisdiction in connection with my anticipated Rule 55(c) and Rule 60(b) motion practice. In light of the Court's prompt briefing schedule established during that conference for my forthcoming Rule 55(c) and Rule 60(b) motions, I respectfully request permission to withdraw my Notice of Appeal and to proceed before this Court on those motions.

I make this request because I believe the interests of judicial economy and efficiency are best served by allowing this Court to consider the Rule 55(c) and Rule 60(b) issues that are already the subject of the Court's scheduling order. Rather than pursuing appellate proceedings at this time, I wish to present those issues to this Court in accordance with the briefing schedule established during the May 28, 2026 conference.

Accordingly, I respectfully request such relief as the Court deems appropriate to permit withdrawal of the Notice of Appeal and retention or restoration of jurisdiction so that the Court may consider the forthcoming Rule 55(c) and Rule 60(b) motions.

Thank you for the Court's time and consideration.

Respectfully submitted,

Marisa Hochberg

/s/Marisa Hochberg
Pro Se, Defendant