## **Declaration of Mary Bumpars, Nurse Practitioner, Psychiatry**

I, Mary Bumpars, PMHNP-BC, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed Nurse Practitioner in Psychiatry in the State of New York and have been practicing psychiatry since June 2018. I submit this declaration based upon my personal knowledge, my treatment of Marisa Hochberg ("Ms. Hochberg"), and records maintained in the ordinary course of my practice.

2. I have treated Ms. Hochberg since approximately April 2024. During the course of my treatment, I have had the opportunity to observe her psychiatric symptoms, emotional functioning, and overall mental health.

3. Ms. Hochberg has suffered from severe depression, anxiety, panic , attention deficit, prolonged grief, and symptoms consistent with post-traumatic stress disorder ("PTSD"). Throughout my treatment of her, these conditions have manifested through symptoms including significant emotional distress, impaired concentration, sleep disturbance, anxiety, tearfulness, isolation, difficulty managing stress, impaired executive functioning, and difficulty performing tasks requiring sustained attention and organization.

4. During the period relevant to this litigation, Ms. Hochberg experienced multiple significant life stressors. These included the death of her father in October 2023, extensive housing instability and displacement, financial hardship, job loss, community isolation, bullying, eviction and this intense litigation.

5. In my professional opinion, the cumulative effect of these circumstances substantially exacerbated Ms. Hochberg's psychiatric symptoms. The combination of grief following

the death of her father, contentious estate litigation, housing instability, financial stress, and ongoing legal proceedings created an extraordinary level of emotional and psychological burden.

6. During treatment, Ms. Hochberg reported feelings of profound isolation arising from the circumstances surrounding the estate disputes and their aftermath. In my professional opinion, the loss of family support, ongoing familial conflict, housing instability, physical health issues, and prolonged legal disputes significantly contributed to the severity of her depression, anxiety, and trauma-related symptoms.

7. At various times during my treatment of Ms. Hochberg, her psychiatric symptoms substantially impaired her ability to function effectively in daily life. These impairments affected her ability to concentrate, organize information, make decisions, manage administrative responsibilities, respond to communications, and complete tasks requiring sustained attention and executive functioning.

8. During the period relevant to this litigation, Ms. Hochberg's psychiatric symptoms were significant and, at times, severe. Based upon my observations and treatment of her, these symptoms materially impaired her ability to effectively manage complex personal and legal matters.

9. Discussions concerning legal proceedings, including the litigation at issue, were a recurring source of significant emotional distress. Litigation-related events and communications frequently resulted in heightened anxiety, emotional dysregulation, and increased psychiatric symptoms.

10. During the course of treatment, safety planning and stabilization were important aspects of Ms. Hochberg's care. Her psychiatric symptoms required ongoing monitoring and treatment to address the emotional distress she was experiencing during this period.

11. During the course of treatment, Ms. Hochberg required ongoing psychiatric care, including medication management. As is often the case with patients experiencing severe depression, anxiety, and trauma-related symptoms, treatment required adjustments to medications and dosages over time in an effort to achieve therapeutic benefit while minimizing side effects. During this period, Ms. Hochberg's symptoms and level of functioning fluctuated, and the process of identifying an effective treatment regimen required continued monitoring and modification.

12. Based upon my treatment of Ms. Hochberg and my observations during the relevant period, it is my professional opinion that her severe depression, anxiety, PTSD symptoms, grief following the death of her father, estate-related litigation, housing instability, financial hardship, and resulting emotional distress materially impaired her ability to effectively participate in and manage litigation-related responsibilities. These impairments affected her concentration, executive functioning, decision-making, ability to respond to correspondence, and ability to manage complex legal matters during the relevant time period.

13. My opinions are offered to a reasonable degree of medical certainty and are based upon my treatment relationship with Ms. Hochberg.

14. Since that time, Ms. Hochberg has remained engaged in treatment, has demonstrated improvement in stability and functioning, and is presently maintained on a more stable treatment regimen. Based upon my observations, she is currently better able to participate

in legal proceedings and manage litigation-related responsibilities than she was during the period described above.

15. While Ms. Hochberg's symptoms have not entirely resolved, her current condition is significantly improved earlier this year compared to the period at issue, and she is presently capable of meaningfully participating in litigation and complying with litigation-related obligations.

16. I make this declaration solely for the purpose of describing my treatment observations and professional opinions concerning Ms. Hochberg's psychiatric condition and the functional impact of those conditions during the relevant period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2026.

Mary Bumpars

Mary Bumpars Nurse Practitioner in Psychiatry, PLLC

152 East 118th street

PMHNP-BC

Newyork, NY

F402492

Mary Bumpars, PMHNP-BC
NPI# 1386111292
License# F402492