**AFFIDAVIT OF SERVICE**
United States District Court
Southern District of New York

**John Doe**, Plaintiff,
v.
**2001 Arthur LLC, 1021 McDonald LLC, Yoel Schaefar, and John Doe #1**, Defendants. Case No.

24-cv-9542 (RA)

**AFFIDAVIT OF SERVICE AS TO DEFENDANT 1021 MCDONALD LLC**

State of New York )
County of Kings ) ss.:

I, Joseph Murray, being duly sworn, depose and state:

I am over the age of 18 years and am not a party to this action.

On June 1, 2026, at approximately 1:04 PM, I served a true copy of the Amended Complaint in this action upon Defendant 1021 McDonald LLC by delivering said documents to: 5014 16th Avenue, Suite #9 Brooklyn, New York 11219
Service was accepted by an individual who identified himself as Isaac, a person of suitable age and discretion authorized to accept service on behalf of Defendant 1021 McDonald LLC.

On June 1, 2026, at approximately 10:18 AM, service was also made upon Defendant 1021 McDonald LLC by delivery of a true copy of the Amended Complaint to:
1021 McDonald Avenue
Brooklyn, New York
Service at that location was accepted by an individual who identified himself as "Moishe," a person of suitable age and discretion authorized to accept service on behalf of Defendant 1021 McDonald LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ____6/2____, 2026
Brooklyn, New York

Joseph Murray