**John J. Zidziunas & Associates, LLC**

**NJ Office:**
354 Eisenhower
Parkway, Suite 1250
Livingston, NJ 07039
212-516-1868

**NY Office:**
225 Broadway
Suite 3800
New York, NY 10007
212-516-1868

**FL Office:**
3050 Biscayne
Blvd, 7th Floor
Miami, FL 33137
212-516-1868

**Of Counsel:**
Phillip E. Klein, Esq.*
Barry E. Janay, Esq.*⁰

\* Member of NY Bar
⁰ Member of NJ Bar
+ Member of D.C. Bar
# Member of FL Bar

**Member:**
John J. Zidziunas, Esq.*⁰+

**Associates:**
Caroline McCallan, Esq.*⁰
Nicholas Nachtergaele, Esq.⁰
Anabelle Cubenas, Esq.#

_Employment_
_Discrimination.com_

July 15, 2026

<u>Via ECF</u>

Hon. Lewis J. Liman, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> RE:  JC Hospitality, et al. v. Hochberg
> Docket No.: 1:23-cv-02051-LJL
> <u>Our File No.: 00019</u>

Dear Judge Liman:

This office represents the Plaintiffs, JC Hospitality, LLC and Jayma Cardoso in the above referenced matter. We are in receipt of Defendant Hochberg's Reply Memorandum of Law in Support of Her Motion to Vacate Default Judgment with supporting exhibits, Supplemental Declaration of Hochberg, and Declaration of Selma Fonseca, submitted on July 13, 2026. We write to respectfully request that Plaintiffs be permitted to submit a brief sur-reply to address the submission of the Declaration of Selma Fonseca, an individual who has no involvement in this case and was referenced for the first time in Defendant Hochberg's reply papers. Should the Court approve said request, please confirm the due date for the submission of same.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

**/s/ John J. Zidziunas**
JOHN J. ZIDZIUNAS
For the Firm