UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

JC HOSPITALITY et al.,                                                  :

:

Plaintiffs,                                  :

:                    23-cv-2051 (LJL)

-v-                                           :

:                    ORDER

MARISA HOCHBERG,                                                        :

:

Defendant.                                   :

:

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully directed to seal the document at Dkt. No. 180-1, which

contains information subject to privacy protection under Federal Rule of Civil Procedure

5.2.  Plaintiff shall refile the document at Dkt. No. 180-1 in conformance with Rule

5.2(a).  Defendant's motion to file a sur-sur reply is denied.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 181.

SO ORDERED.

Dated: July 30, 2026
        New York, New York                     _____
                                                          LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2026