**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JC HOSPITALITY, LLC and
JAYMA CARDOSO,

Civ. Case No.: 1:23-CV-02051-LJL

Plaintiffs,

-against-

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

MARISA HOCHBERG (in her individual and professional capacities),

Defendant.

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Eleni Melekou, Esq., and Pardalis & Nohavicka LLP, upon the accompanying Declaration of Eleni Melekou, Esq. in support and its accompanying memorandum of law, will move before the Hon. Lewis J. Liman, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Room 1620, New York, New York 10007, for an Order pursuant to S.D.N.Y Local Rule 1.4(b), permitting them to withdraw as counsel for Defendant Marisa Hochberg.

Dated: September 18, 2026

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

Eleni Melekou

Eleni Melekou, Esq.
950 Third Avenue, 31st Floor
New York, New York 10022
(212) 213-8511
Eleni@pnlawyers.com

*Attorneys seeking leave to withdraw as Attorneys for Defendant Marisa Hochberg*

To:
Marisa Hochberg
#1484 1280 Lexington Avenue, FRNT 2
New York, NY 10028
marisjh@gmail.com

John J. Zidziunas & Associates, LLC
c/o John Zidziunas
Caroline McCallan
225 Broadway, Suite 3800
New York, NY 10007
Tel: 212-516-1868
john@employmentdiscrimination.com
caroline@employmentdiscrimination.com
*Attorneys for Plaintiffs*