UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JC HOSPITALITY ET AL,

Plaintiffs,

-v-

MARISA HOCHBERG,
in her individual and professional capacities,

Defendant.

---------------------------------------------------------------------X

23-cv-02051 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing on the motion for counsel to withdraw [Dkt. No. 191] on October 26, 2026 at 3:30PM. The hearing will be held remotely via Microsoft Teams video conference. The parties will be provided instructions for accessing the conference via email. Members of the public can access the conference by dialing into the Court's audio only teleconference line at 646-453-4442 and using conference ID# 358639322.

SO ORDERED.

Dated: October 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge