PARDALIS & NOHAVICKA, LLP
ATTORNEYS

October 22, 2026

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *JC Hospitality et al v. Hochberg*
Civil Case No.: **1:23-cv-02051-LJL**

***Letter-Motion to Adjourn the October 26, 2026 Conference***

Dear Respected District Judge Liman:

We currently represent Defendant Marisa Hochberg ("Defendant") in the above-referenced action, and, on September 18, 2026, we moved to withdraw by motion on notice. (ECF 191-193). This letter motion is respectfully submitted pursuant to Rule 1(D) of Your Honor's Individual Practices in Civil Cases to request an adjournment of the conference scheduled for October 26, 2026.

Pursuant to Your Honor's Order dated October 21, 2026 (ECF No. 196), the parties were directed to appear for a telephone conference on October 26, 2026, at 3:30 p.m., concerning the undersigned's withdrawal motion.

The undersigned respectfully requests an adjournment of the October 26, 2026, conference due to an unavoidable scheduling conflict with a previously scheduled, in-person settlement conference scheduled that same day, October 26, 2026, at 2.15 PM before the Hon. Barbara Moses, United States Magistrate Judge, in *Family Deli Mart Corp. et al v. City of New York et al*., SDNY Civil Case No.: 1:25-cv-05739-JAV. This is the undersigned's first request for an adjournment, and it is submitted at least two business days before the scheduled conference. No other scheduled appearances before this Court would be affected by the requested adjournment.

It is respectfully submitted that the conflict in appearances constitutes good cause for the adjournment sought. And it is respectfully requested that the October 26, 2026, conference be adjourned to a different date and time convenient to the Court and counsel.



950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022 | 29-20 23rd AVENUE 4TH FLOOR ASTORIA, NY 11105
P: 212.213.8511 | F: 718.777.0599 | eleni@pnlawyers.com | www.pnlawyers.com

We thank the Court for its attention to and consideration of this application.

Respectfully submitted,

/s/ *Eleni Melekou*
Eleni Melekou

cc (via ECF):

John J. Zidziunas, Esq.
Marisa Hochberg



950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022 | 29-20 23rd AVENUE 4TH FLOOR ASTORIA, NY 11105
P: 212.213.8511 | F: 718.777.0599 | eleni@pnlawyers.com | www.pnlawyers.com