USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JC HOSPITALITY et al.,

Plaintiffs,

-v-

MARISA HOCHBERG,

Defendant.

23-cv-2051 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received an email from Defendant indicating that she will not be available to attend the 4:00 pm conference in this case. The Court does not adapt its schedule to Defendant's availability. It expects Defendant to make herself available when the Court is available. The conference will go forward at 4:00 p.m. as scheduled. The Court expects Defendant personally to be present and to be able to participate. Counsel for Defendant is directed to inform Defendant of this Order.

SO ORDERED.

Dated: October 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge