USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JC HOSPITALITY et al.,

Plaintiffs,

-v-

MARISA HOCHBERG,

Defendant.

23-cv-2051 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this action on October 29, 2026. This Order memorializes the rulings made at that conference: The Court will hold in abeyance defense counsel's motion to withdraw as attorney. *See* Dkt. No. 191. The parties shall meet and confer on November 5, 2026, at 12:00 p.m. with respect to deficiencies in Defendant's post-judgment discovery responses. The Court grants leave to Plaintiffs to file a motion to compel following the meet and confer if such motion remains justified. Counsel for Defendant may write a letter to the Court after November 5, 2026, indicating that counsel seeks a ruling on the motion to withdraw. If no request is submitted by November 20, 2026, the Court will treat the motion to withdraw as withdrawn.

SO ORDERED.

Dated: October 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge