PARDALIS & NOHAVICKA, LLP
ATTORNEYS

November 20, 2026

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *JC Hospitality et al v. Hochberg*
Civil Case No.: **1:23-cv-02051-LJL**

**Request That Motion to Withdraw as Defendant's Counsel be Granted**

Dear Respected District Judge Liman:

We represent Defendant Marisa Hochberg in the above-referenced action and write in furtherance of our pending motion to withdraw from continuing to represent Ms. Hochberg. Pursuant to the Court's October 29, 2026 Order, which directed counsel to submit a letter after November 5, 2026, and no later than November 20, 2026 (ECF No. 202), we respectfully request that the Court issue a ruling granting our pending motion to be relieved as counsel for Defendant.

Since the Court's October 29 Order, we have made good-faith efforts to address the outstanding post-judgment discovery obligations and assist Ms. Hochberg in responding to the enforcement subpoenas. Unfortunately, those efforts have been unsuccessful due to Defendant's continued lack of cooperation and communication.

Specifically, despite our repeated attempts, we have been unable to confer meaningfully with Defendant regarding the outstanding document production. An in-person meeting was scheduled for November 2, 2026. However, that meeting was canceled due to Defendant's apparent health issues. Our subsequent proposals to arrange either an in-person, video or telephone conference were unsuccessful, as were our repeated emails requesting the outstanding documents and seeking Defendant's cooperation.

On November 5, 2026, the Court directed counsel for the parties to meet and confer regarding the outstanding discovery issues, which we did. Following that conference, we made further efforts to communicate with Defendant and facilitate the collection of responsive documents from third-party custodians by November 19, 2026. Those efforts were likewise unsuccessful. Despite our having explained the outstanding obligations to Ms. Hochberg, and



950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022 | 29-20 23rd AVENUE 4TH FLOOR ASTORIA, NY 11105
P: 212.213.8511 | F: 718.777.0599 | eleni@pnlawyers.com | www.pnlawyers.com

providing her with practical means toward demonstrating good-faith efforts to comply as able, the Defendant did not respond to our communications or provide the cooperation necessary to move forward.

These difficulties extend beyond scheduling or isolated failures to respond. There is a fundamental disagreement between counsel and Defendant concerning the appropriate manner to address post-judgment discovery and comply with judicial mandates.

We took Your Honor's directives to make best efforts to preserve the attorney-client relationship; however, in our view the disconnect and conflict has grown progressively worse, thwarting effective representation.

Under these circumstances, the attorney-client relationship has deteriorated to the point that continued representation has become untenable. The absence of meaningful communication, Defendant's failure to cooperate, and the fundamental disagreement over everything related to this matter have materially impaired our ability to represent Defendant effectively and discharge our professional obligations.

Accordingly, having made substantial good-faith efforts to address the Court's concerns and facilitate compliance with the outstanding discovery obligations, we respectfully request that the Court grant our pending motion to be relieved as counsel for Defendant.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Eleni Melekou*
Eleni Melekou

cc (via ECF):

John J. Zidziunas, Esq.
Marisa Hochberg



950 Third Avenue, 31st Floor, New York, NY 10022 | 29-20 23rd Avenue 4th Floor Astoria, NY 11105
P: 212.213.8511 | F: 718.777.0599 | eleni@pnlawyers.com | www.pnlawyers.com